IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| ANTHONY D'IORIO,<br><br>              **Plaintiff,**<br><br>vs.<br><br>BRETT MATTHEW MCCLAFFERTY, MAC PRIVATE EQUITY, INC. AND MPE CLEARING & HOLDINGS, INC.,<br><br>              **Defendants.** | Case No. 3:24-cv-0064 |

## ORDER

**THIS MATTER CAME BEFORE THE COURT** *sua sponte*. The Court takes judicial notice that in related cases, Social Hospitality Group, Inc., an entity connected to Defendant B. Matthew McClafferty, filed a Suggestion of Bankruptcy (Chapter 13) on November 25, 2025, notifying the Court that B. Matthew McClafferty filed a Petition for Bankruptcy on November 7, 2025, in the United States Bankruptcy Court for the District of Delaware, Case No. 25-11982. *See,* Case No. 3:25-cv-00043, *Bowen v. McClafferty, et. al.,* and Case No. 3:25-cv-00044, *Sweet v. McClafferty, et. al.* Pursuant to 11 U.S.C. § 362, the filing of the Suggestion of Bankruptcy automatically stayed this matter. Accordingly, after careful consideration and review, it is hereby

**ORDERED** that this action is **STAYED** pending the outcome of the bankruptcy proceedings; it is further

**ORDERED** that commencing on April 8, 2026, and every three months thereafter, B. Matthew McClafferty shall file a notice with the Court advising of the status of the bankruptcy proceedings; it is further

**ORDERED** that the Clerk's Office shall place this matter on the Civil Suspense Docket until final disposition of the bankruptcy proceedings referenced in this matter; and it is further

*D'Iorio v. McClafferty.*
Case No. 3:24-cv-0064
Order
Page 2

**ORDERED** that the Clerk of Court shall mail a copy of this Order to Defendant Brett Matthew McClafferty at his last known address, via certified mail, return receipt requested, and a copy of the return receipt shall be filed on the docket.

**Dated:** January 8, 2026                              */s/ Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**